No. 3420.—EL PUEBLO, APLDO., v. ROLDÁN, APLTE.—C. D. Guayama. Hurto menor. Marzo 14, 1928. Al confirmar la sentencia en este caso, el tribunal dijo: "un cuidadoso examen de la prueba practicada no revela ningún error en la apreciación de la misma por la corte inferior, tan manifiesto que exija la revocación de la sentencia apelada."

No. 3301.—EL PUEBLO, APLDO., v. MALDONADO, APLTE.—C. D. Ponce. Portar armas. Marzo 15, 1928.

POR CUANTO el único error alegado en esta apelación se refiere a la prueba presentada en el juicio;

POR CUANTO la transcripción de la evidencia que se ha presentado en estos autos, hecha por el taquígrafo de la corte inferior, no ha sido aprobada por la corte que conoció del juicio;

POR CUANTO tal aprobación la exige para casos criminales la Ley No. 4 de 1925, página 109, y sin ese requisito no podemos tenerla como auténtica;

POR TANTO, *se confirma* la sentencia apelada que dictó la Corte de Distrito de Ponce, con fecha 7 de julio de 1927, en el caso arriba expresado.